IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARREL HEATH | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 06-4787 |
| | : | |
| COMMONWEALTH CP. 9309, 1680-1683 1/1 | : | |
| | : | |

| | | |
|---|---|---|
| DARRELL MARCELL HEATH | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-1766 |
| | : | |
| JUAN A. PALAKOVICH | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-3013 |
| | : | |
| DARRELL HEATH | : | |

**ORDER**

AND NOW this 26TH day of July, 2007, it is hereby ORDERED the Report and Recommendation of Magistrate Judge Thomas J. Reuter (Document 8 at docket 07-1766) is APPROVED and ADOPTED. There are no grounds for a certificate of appealability. The remaining two above-captioned cases are DISMISSED with prejudice. The Clerk is directed to mark each of the three cases CLOSED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez                    J.